[This opinion has been published in *Ohio Official Reports* at 90 Ohio St.3d 204.]

**THE STATE EX REL. OHIO DEPARTMENT OF ADMINISTRATIVE SERVICES, TOLEDO MENTAL HEALTH CENTER, APPELLANT, *v.* INDUSTRIAL COMMISSION OF OHIO ET AL., APPELLEES.**

[Cite as *State ex rel. Ohio Dept. of Adm. Serv., Toledo Mental Health Ctr. v. Indus. Comm.*, 2000-Ohio-54.]

*Workers' compensation—Court of appeals' judgment affirmed.*

(No. 00-573—Submitted September 12, 2000—Decided October 25, 2000.)

APPEAL from the Court of Appeals for Franklin County, No. 99AP-257.

_____

*Betty D. Montgomery*, Attorney General; *Lee M. Smith & Associates, Lee M. Smith* and *Greta M. Kearns*, for appellant.

*Betty D. Montgomery*, Attorney General, and *Dennis H. Behm*, Assistant Attorney General, for appellee Industrial Commission of Ohio.

*Gallon & Takacs Co., L.P.A.*, and *Thomas J. Schaffer*, for appellee Lee W. Forgette.

_____

{¶ 1} The judgment of the court of appeals is affirmed consistent with the opinion of the court of appeals.

MOYER, C.J., DOUGLAS, RESNICK, F.E. SWEENEY, PFEIFER, COOK and LUNDBERG STRATTON, JJ., concur.

_____